# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| DONALD R. LOVELL | ) | |
| | ) | |
| v. | ) | NO. 3:12-0254 |
| | ) | JUDGE SHARP |
| | ) | |
| CHAMPION CAR WASH, LLC, | ) | |
| et al., | ) | |

## ORDER

The Court having been advised by counsel for the parties that this action has been settled, it is hereby ORDERED that the action is dismissed without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated. Within this sixty-day period, the parties may submit a proposed agreed order of compromise and dismissal.

It is so ORDERED.

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE